IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

FELIX MIRANDA-MIRANDA,

Petitioner,

v.

CHRISTOPHER BULLOCK,

Respondent.

No. 2:26-cv-03233-TLP-atc

---

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT, DIRECTING RESPONDENT TO SHOW CAUSE, AND DIRECTING PETITIONER TO REPLY**

---

Petitioner Felix Miranda-Miranda, a noncitizen detained in the West Tennessee Detention Center in Mason, Tennessee, petitions for a Writ of Habeas of Corpus under 28 U.S.C. § 2241. (ECF No. 1.)

The Court **ORDERS** Petitioner to serve a copy of the Petition, all attached documents, and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **three (3) days** of this Order.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **three (3) days** of service. Failure to comply with this requirement may justify the Court dismissing the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 5th day of October, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE